MAY ABRAHAMS, Respondent, *v.* MAX ABRAHAMS, Appellant.

*Fraud — false representations — action to recover damages from marriage with son of defendant induced by false representations.*

*Abrahams* v. *Abrahams*, 220 App. Div. 756, affirmed.

(Submitted October 21, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover damages alleged to have been sustained by plaintiff through her marriage with defendant's son alleged to have been induced by the false and fraudulent representations of the defendant.

*Charles C. Peters* for appellant.

*Neilson Olcott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.